# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

JUN 3 2025 AM9:25
FILED-USDC-CT-HARTFORD

Jessica Gibson              ,
                Plaintiff,

v.                                        Case No. _____
                                          (To be supplied by the Court)

Fedex                      ,
                Defendant(s).

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1.    Plaintiff resides at the following location: Richmond, VA _____

_____

2.    Defendant(s) reside(s) at the following location [Attach additional sheets if more

space is required]: 3610 Hacks cross Road memphis,

TN 38125 (Fedex headquaters)

_____

3.    This action is brought pursuant to [Check all spaces that apply to the type of

claim(s) you wish to assert against the Defendant(s)]:

☒    Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et
     seq., for employment discrimination on the basis of race, color, religion, sex, or
     national origin.  Jurisdiction is specifically conferred on this Court by 42 U.S.C. §
     2000e-5(f).  Equitable and other relief is sought under 42 U.S.C. § 2000e-5(g)
     and the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

☐    Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621,
     et seq., for employment discrimination based upon age.  Jurisdiction is alleged
     pursuant to 28 U.S.C. §§ 1331, 1337, and/or 1343.  Equitable and other relief is
     sought under 29 U.S.C. §§ 626(b) and (c) or   §§ 633a(b) and (c).

     My Year of Birth is: _____.

 Gmail

BroadRock Library <broadrocktech@gmail.com>

## Fwd: Fedex Respondent

1 message

**Jessica Gibson** <jessicagibson924@gmail.com>                    Sat, May 24, 2025 at 3:53 PM
To: "broadrocktech@gmail.com" <broadrocktech@gmail.com>

---------- Forwarded message ---------
From: **Jessica Gibson** <jessicagibson924@gmail.com>
Date: Fri, Feb 7, 2025 at 9:00 PM
Subject: Fedex Respondent
To: <EEOC-BOSTON-INTAKE@eeoc.gov>

1. Respondent: FEDEX

2. Location that you worked:

1 1000 middle street Middletown, ct 06457

3. Number of employees:

399

4. Type of Institution (Non-profit, Business, School, Union, etc.):

Business

5. Inquiry Number: 523-2025-01495

6. Headquarters:

1000 Fedex Dr, Moon Twp, PA 15108

7. Date of Hire 05/24/2023
8. Job title: package handler
9. Date of Termination (if applicable):
10. Name and Title of your immediate supervisor: Phillip Casey
11. Explain the extent that the unfair action was due to any of the following reasons: race, sex, age, disability, national origin, religion, retaliation, pregnancy, color or genetic information (testing, family medical history)? I was told by a doctor numerous times that I was restricted from doing my regular duties. I was sent home for many different months because of this. I was harassed told I was ugly and that the way i looked was unfit for work. I sent home for a course of 3-7 months loosing many hours.
12. Did you oppose an employment practice unrelated to the above reasons? If so what employment practice did you oppose? No

13. What happened that you believe was discriminatory? Please include the dates of harm, dates of action(s) and the names and titles of the persons you believe discriminated against you.
I was told by a doctor numerous times that I was restricted from doing my regular duties. I was sent home for many different months because of this. I was harassed told I was ugly and that the way i looked was unfit for work. I sent home for a course of 3-7 months loosing many hours.

14. Why do you think these actions were discriminatory? Because I was suffering from a disability from being injured at work

15. What reason(s) did the employer give you for the actions you believe discriminatory? I don't know

16. Describe who was in the same or similar situation and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance. Provide the race, sex, age, national origin, religion, disability of these individuals, if known, and if it relates to your claim of discrimination. N/A

12.    a. Of the persons who were in the same or similar situation as you, who was treated better than you? N/A
      b. Of the persons who were in the same or similar situation as you, who was treated worse than you? N/A

13. If you are claiming discrimination because of disability – Did you ask your employer for any changes or assistance to do your job because of your disability?

13.    a. When (date) did you ask? Yes I don't have the dates I provided doctors notes
      b. Did you ask verbally or in writing? Both
      c. Who did you ask? Supervisors
      d. Describe what you asked for. For me to follow my doctors orders
      e. Describe how your employer responded to your request. They agreed

14. Have you filed a charge previously with the **EEOC** or another agency? No

15. If you filed with another agency, provide the name of that agency and the date of filing. N/A

16. The **EEOC** sends notices of charge to employers by email. Please provide an email address for a contact at your employer if you can – typically the initial contact is the Director of Human N/A

FOX



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Boston Area Office
15 New Dudbury St, Room 475
Boston, MA 02203
(617) 865-3670
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 02/25/2025

**To:** Ms. Jessica Gibson
16501 Sunnybrook road
PETERSBURG, VA 23805
Charge No: 523-2025-01495

EEOC Representative and email:    EMMET GREENE
EEOC Investigator
emmet.greene@eeoc.gov

### DISMISSAL OF CHARGE

The EEOC has granted your request that the agency issue a Notice of Right to Sue, where it is unlikely that EEOC will be able to complete its investigation within 180 days from the date the charge was filed.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 523-2025-01495.

On behalf of the Commission,

Digitally Signed By:Feng K. An
02/25/2025

Feng K. An
Area Office Director

☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability against an employer which constitutes a program or activity receiving Federal financial assistance. Jurisdiction is asserted under 28 U.S.C. §§ 1331, 1337 and/or 1343. Equitable and other relief is sought under 29 U.S.C. § 794a.

☒ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, et seq., for employment discrimination on the basis of a disability against a private employer. Jurisdiction is specifically conferred on this Court by 42 U.S.C.§ 2000e-5(f). See 42 U.S.C. § 12117(a). Equitable and other relief is sought pursuant to 42 U.S.C. § 2000e-5(g). Id.

4.    The acts complained of in this suit concern [Check all spaces that are applicable to your claim(s)]:

(A)  ☐    Failure to hire me. I was refused a job on the following date(s): ____

_____ .

(B)  ☐    Termination of my employment. I was terminated from my

employment on the following date: _____ .

(C)  ☐    Failure to promote me. I was refused a promotion on the following

date(s): _____ .

(D)  ☒    Other acts as specified below: I was put on restriction

by a doctor for work injuries those restrictions were

not followed. I was ~~held~~ held from doing my Job.

I was told I was ugly by managers. I was told

that I didn't look pretty and looked unfit for

work and was sent home for 3-7 months until I went on

Leave.

2

5.      The conduct of the Defendant(s) was discriminatory because it was based upon:
race [ ], color [X], religion [ ], sex [X], age [ ], national origin [ ] or disability [X].  [Please
check all applicable bases for your claim of discrimination and explain further, if
necessary]: _____

_____


6.      The facts surrounding my claim of employment discrimination are as follows
[Attach additional sheets, if necessary]:

_____Sheet attached_____

_____

_____

_____

_____

_____

_____


7.      The approximate number of persons who are employed by the Defendant

employer I am suing is: _399____.

8.      The alleged discrimination occurred on or about the following date(s) or time

period: _03/08/24 - 05/27/24_____.

3

9.     I filed charges with the:

☒     Equal Employment Opportunity Commission

☐     Connecticut Commission on Human Rights and Opportunities

10.    The Equal Employment Opportunity Commission issued a Notice of Right to Sue

letter **(copy attached)**, which I received on or about the following date: _____.

[**NOTE:**  If you filed charges with the EEOC or the CHRO, you **MUST** attach a copy of

the Notice of Right to Sue letter for this Court to consider your claim(s).  Failure to do so

may result in delaying consideration of your claim(s).]

11.    The EEOC or the CHRO determined that there was no probable cause to believe

that  discrimination occurred.  My reasons for questioning that determination are as

follows [Attach additional sheets, if necessary]: Provided right to

Sue letter

12.    If relief is not granted, I will be irreparably denied rights secured under the law(s)

referred to in Item Number 3, above.

13.    WHEREFORE, Plaintiff(s) pray(s) that:  The Court grant such relief as may be

deemed appropriate, including [**NOTE:**  While all of the forms of relief listed below may

not be available in a particular action, you should place a check next to each form of

relief you seek.):

☐     Injunctive orders (specify the type of injunctive relief sought): _____

_____;

☒     Backpay;

4

☐　　Reinstatement to my former position;

☒　　Monetary damages (specify the type(s) of monetary damages sought): __

_____ ;

☒　　Other (specify the nature of any additional relief sought, not otherwise

provided for on this form): _Court cost_____

_____ ;

AND costs and attorneys' fees.

## JURY DEMAND

I hereby　　DO ☐　　DO NOT ☒　demand a trial by jury.

_Self representative_

Original signature of attorney (if any)

_Jessica Gibson_ (signature)

**Plaintiff's Original Signature**

| | |
|---|---|
| | _Jessica Gibson_ |
| ~~Printed Name and address~~ | ~~Printed Name and address~~ |

( )_____

Attorney's telephone

_(815) 216-0588_

Plaintiff's telephone

_____

Email address if available

_Jessicagibson108@gmail.com_

Email address if available

Dated: _____

5

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  Richmond, VA              on  05/24/25              .
                    (location)                      (date)

**Plaintiff's Original Signature**

(Rev. 3/23/16)

6